IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN R. CASTRO,

    Plaintiff,

v.                                                            No. 23-cv-63-MIS-JHR

LUNA COUNTY DETENTION CENTER,

    Defendant.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's handwritten letter complaint seeking to assert claims under 42 U.S.C. § 1983 (Doc. 1). Plaintiff is detained at the Luna County Detention Center and is proceeding *pro se.* The Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis* on January 24, 2023. Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions between July 23, 2022 and January 23, 2023. The failure to timely comply with both directives may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches an account statement reflecting transactions between July 23, 2022 and January 23, 2023.

_____
UNITED STATES MAGISTRATE JUDGE