IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN R. CASTRO,

    Plaintiff,

v.                                                       No. 23-cv-63-MIS-JHR

LUNA COUNTY DETENTION CENTER,

    Defendant.

## ORDER FOR SIX-MONTH INMATE ACCOUNT STATEMENT

    This matter is before the Court *sua sponte* upon review of the docket. On February 3, 2023, the Court entered an Order to Cure Deficiencies, requiring Plaintiff to "(1) file a complaint; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion **that attaches an account statement reflecting transactions between July 23, 2022 and January 23, 2023**." (Doc. 2) (emphasis added). Plaintiff complied, in part, by timely filing a complaint (Doc. 3) and an Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. 4). Plaintiff did not submit an inmate account statement nor did he seek an extension or show cause why he could not do so. In the interest of fairness, the Court will extend the deadline for Plaintiff to provide an inmate account statement by and additional thirty days. Plaintiff is advised that failure to timely comply with this order will result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days, Plaintiff must file an inmate account statement reflecting transactions between July 23, 2022 and January 23, 2023.

_____

UNITED STATES MAGISTRATE JUDGE